```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

BW EQUITY LLC,

                Defendant.

20 Civ. 8806 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 23, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by December 15, 2020. ECF No. 6 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **December 18, 2020**.

    SO ORDERED.

Dated: December 17, 2020
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge