

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
■ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2020

December 17, 2020

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

    Re:    **Angeles vs BW Equity, LLC**
             Case #: 1:20-cv-8806- AT

Dear Judge Torres:

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for December 22 at 10:40am be adjourned. The Plaintiff has been unable to serve the Defendant to date, but hopes to do so before the end of the 90days from filing.

This is the first request for an adjournment.

We thank Your Honor and the Court for its kind considerations and courtesies.

GRANTED. The initial pretrial conference scheduled for **December 22, 2020**, is ADJOURNED to **February 2, 2021**, at **10:20 a.m.** By **January 26, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 18, 2020
       New York, New York

Respectfully submitted,

*s/ Mark Rozenberg, Esq.*
Mark Rozenberg, Esq.

ANALISA TORRES
United States District Judge