

**STEIN | SAKS, PLLC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/26/2021__

MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 25, 2021

<u>Via CM/ECF</u>
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

   Re: <u>Angeles vs BW Equity, LLC</u>
     Case #: 1:20-cv-08806 AT

Dear Judge Torres:

  We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for February 2, 2021, at 10:20am be adjourned. The defendant is now in default and has not made contact with Plaintiff. Plaintiff requests 45 days in order to file her motion for default.

  This is the second request for an adjournment.

  We thank Your Honor and the Court for its kind considerations and courtesies.

GRANTED. The initial pretrial conference scheduled for February 2, 2021, is ADJOURNED *sine die*. By **March 12, 2021**, Plaintiff shall move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: January 26, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge